1  V.R. Bohman (Nevada Bar #13075)
   SNELL & WILMER L.L.P.
2  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
3  Telephone: 702.784.5200
   Facsimile: 702.784.5252
4  Email: vbohman@swlaw.com

5  Christopher T. Holland (California Bar # 164053)
   Holland Law LLP
6  *pro hac vice pending*
   220 Montgomery Street, Suite 800
7  San Francisco, CA 94104
   Telephone: (415) 200-4980
8  Fax: (415) 200-4989
   cholland@hollandlawllp.com

*Attorneys for Chas Taylor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHAS TAYLOR,<br><br>Movant,<br><br>vs.<br><br>VERTIV GROUP CORPORATION, et al.,<br><br>Respondents. | Case No.: 2:19-cv-01227-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**FIRST REQUEST** |

This is the first stipulation to extend the briefing schedules of the following pending motions:

- Movant Charles L. Taylor's ("Taylor") Motion to Quash Third-Party Subpoena, ECF No. 1, filed July 12, 2019;

- Respondents Vertiv Group Corporation et al.'s ("Vertiv") Motion to Compel Chas Taylor to Comply with Properly Served Subpoena, ECF No. 7, filed July 24, 2019;

- Vertiv's Motion for Leave to File Exhibits Under Seal, ECF No. 5, filed July 24, 2019.

Due to scheduling conflicts and confusion regarding provision of sealed materials to Taylor, the Parties stipulate and agree to the following briefing schedule:

- Taylor's Reply in Support of his Motion to Quash Third-Party Subpoena, if any, will be due on August 2, 2019;
- Taylor's Response to Vertiv's Motion to Compel (ECF No. 7), if any, will be due August 9, 2019;
- Taylor's Response to Vertiv's Motion for Leave to File Exhibits Under Seal (ECF No. 5), if any, will be due August 9, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE
Magistrate

DATED: July 30, 2019

DATED: July 29, 2019

V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Email: vbohman@swlaw.com

Christopher T. Holland (California Bar # 164053)
Holland Law LLP
*pro hac vice pending*
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Email: cholland@hollandlawllp.com

*Attorneys for Chas Taylor*

/s/ *Pat Lundvall*
Pat Lundvall (Nevada Bar #3761)
MCDONALD CARANO LLP
2300 West Sahara Ave., Ste. 1200
Las Vegas, Nevada 89102
Email: lundvall@mcdonaldcarano.com

Christopher L. Letkewicz
James R. Bedell
*pro hac vice forthcoming*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 W. Wacker Dr., Ste. 1900
Chicago, Illinois 60606
Email: cletkewicz@beneschlaw.com
        jbedell@beneschlaw.com

*Attorneys for Vertiv Group Corporation and Vertiv Corporation*

4827-4013-3021